**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7015**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

WILLIAM HENRY MOORE, JR.,

                    Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.    Jerome B. Friedman, District Judge.  (4:00-cr-00016-JBF-2)

Submitted:  January 9, 2009        Decided:  February 13, 2009

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Henry Moore, Jr., Appellant Pro Se.  Scott W. Putney, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Henry Moore, Jr., appeals the district court's order denying Moore's 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Moore, No. 4:00-cr-00016-JBF-2 (E.D. Va. Apr. 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED